UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JESUS MONTIEL,<br><br>       Plaintiff,<br><br>v.<br><br>MULESHOE INDEPENDENT SCHOOL DISTRICT,<br><br>       Defendant. | No. 5:21-CV-313-H |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal of Plaintiff's Complaint with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 23. The joint stipulation is approved. It is ordered that all claims and counterclaims in this action are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on July 6, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE